No. 11–0558/AR.  U.S. v. Alvaro Garcia, Jr.  CCA 20080839.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 7, 2012.

No. 11–5005/MC.  U.S. v. Jeremy J. Nash.  CCA 201000220.  Appellant's motion to expedite issuance of the mandate is granted.

No. 12–0341/MC.  U.S. v. Jonathan Egnash.  CCA 201100171.  Appellee's motion to stay sentencing rehearing pending this Court's resolution of Appellant's interim appeal is denied.

No. 12–0433/AR.  U.S. v. James E. Mullins.  CCA 20090578.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 7, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 11–0443/AR.  U.S. v. Aaron P. Hudson.  CCA 20090506.  Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134 IN THE SPECIFICATIONS OF CHARGE II REQUIRES THIS COURT TO SET ASIDE THOSE SPECIFICATIONS IN APPELLANT'S CONTESTED COURT-MARTIAL.

No briefs will be filed under Rule 25.

No. 11–0474/AR.  U.S. v. Antony P. Knowland.  CCA 20071405.  Review granted on the following issue:

> WHETHER THE SPECIFICATION OF CHARGE II FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.